MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

OWEN P. MARTIKAN (CABN 177104)
Assistant United States Attorney
    450 Golden Gate Ave., Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7200
    Fax: (415) 436-7234
    E-Mail: owen.martikan@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 12-0390 WHA |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME FROM AUGUST 7, 2012, TO AUGUST 21, 2012 |
| v. | |
| NICOLAS PERRET, | |
| Defendant. | |

    The defendant, NICOLAS PERRET, represented by PAULA CANNY, and the government, represented by OWEN P. MARTIKAN, Assistant United States Attorney, appeared before the Court on August 7, 2012, for a status hearing in this case. The parties represented that upcoming interviews of the defendant required additional time for review and preparation. The parties stipulated to the continuance of this matter until August 21, 2012, and that the exclusion of the intervening time under the Speedy Trial Act was necessary for defense counsel's effective preparation, taking into account the exercise of due diligence. The parties further stipulated that the ends of justice served by excluding the time between August 7, 2012, and August 21, 2012, from computation under the Speedy Trial Act outweighed the best interests of the public and the

defendant in a speedy trial.

The matter was continued to August 21, 2012, at 2:00pm for further status or setting. The parties stipulated and requested that time be excluded under the Speedy Trial Act between August 7, 2012, and August 21, 2012, to allow time for upcoming interviews and related investigation.

SO STIPULATED:

DATED: 8/21/12

MELINDA HAAG
United States Attorney

OWEN P. MARTIKAN
Assistant United States Attorney

DATED: 8/21/12

JUSTIN GOODWIN, ESQ.
Attorney for Nicolas Perret

### [PROPOSED] ORDER

Based upon the representation of counsel and for good cause shown, the Court finds that failing to exclude the time between August 7, 2012, and August 21, 2012, would unreasonably deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and that the ends of justice served by excluding the time between August 7, 2012, and August 21, 2012, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. Therefore, IT IS HEREBY ORDERED that the time between August 7, 2012, and August 21, 2012 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

DATED: August 23, 2012.

William Alsup
UNITED STATES DISTRICT JUDGE