| | |
|---|---|
| 1 | MELINDA HAAG (CABN 132612)<br>United States Attorney |
| 2 | |
| 3 | MIRANDA KANE (CABN 150630)<br>Chief, Criminal Division |
| 4 | OWEN P. MARTIKAN (CABN 177104)<br>Assistant United States Attorney |
| 5 | 450 Golden Gate Ave., Box 36055<br>San Francisco, California 94102 |
| 6 | Telephone: (415) 436-7200<br>Fax: (415) 436-7234 |
| 7 | E-Mail: owen.martikan@usdoj.gov |
| 8 | Attorneys for Plaintiff |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 12-0390 WHA |
| Plaintiff, | ) ) | STIPULATION AND [PROPOSED] ORDER RE: BRIEFING AND HEARING |
| v. | ) ) | SCHEDULE ON DEFENDANT'S DISPOSITIVE MOTIONS |
| NICOLAS PERRET, | ) ) | |
| Defendant. | ) ) | |

The defendant, NICOLAS PERRET, filed two dispositive motions in this case, one to dismiss the Indictment and one to suppress evidence, on January 15, 2013. Since then, the parties have been involved in negotiations to settle this case that are contingent in part on the defendant's agreement not to pursue these motions. In order for the parties to pursue these negotiations to completion, the parties stipulate and ask the Court to order that the briefing and hearing schedule on this motion be continued by two weeks, so that the deadline for opposition will be February 12, 2013, the deadline for reply will be February 19, 2013, and the hearing will

//

take place at 2:00pm on Tuesday, March 5, 2013.

SO STIPULATED:

                                              MELINDA HAAG
                                              United States Attorney

DATED: January 29, 2013                   _____/s/_____
                                              OWEN P. MARTIKAN
                                              Assistant United States Attorney

DATED: January 29, 2013                   _____/s/_____
                                              JUSTIN GOODWIN, ESQ.
                                              Attorney for Nicolas Perret

## [~~PROPOSED~~] ORDER

     Based upon the parties' stipulation and for good cause shown, the Court continues the briefing and hearing schedule on the defendant's motions as follows:

     Opposition deadline:   February 12, 2013

     Reply deadline:   February 19, 2013

     Hearing date:   March 5, 2013

DATED: January 29, 2013.

*/s/ Judge William Alsup*
HON. WILLIAM ALSUP
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA