MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

SUZANNE B. MILES (CABN 242048)
Assistant United States Attorney
   450 Golden Gate Ave., Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7200
   Fax: (415) 436-7234
   E-Mail: suzanne.miles@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>     Plaintiff, <br> v. <br> NICOLAS PERRET, <br>     Defendant. | No. CR-12-0390 WHA <br><br> STIPULATION AND [PROPOSED] ORDER VACATING CHANGE OF PLEA HEARING AND SETTING STATUS HEARING <br><br> Date: March 19, 2013 <br> Time: 2:00 p.m. |

The parties hereby stipulate to vacate the March 19, 2013 change of plea hearing and request that the Court set a status hearing for the same date and time. The parties are in the process of negotiating a resolution of this matter but have not yet reached a final agreement ready

///

///

///

///

///

STIPULATION AND [PROPOSED] ORDER
CR-12-0390 WHA

| | |
|---|---|
| for submission for the Court's review. The parties anticipate setting a date for change of plea on March 19, 2013. | |
| DATED: March 15, 2013 | Respectfully submitted,<br><br>MELINDA HAAG<br>United States Attorney<br><br>_____/s/_____<br>SUZANNE B. MILES<br>Assistant United States Attorney |
| DATED: March 15, 2013 | Stipulated to by:<br><br>_____/s/_____<br>PAULA CANNY<br>JUSTIN L. GOODWIN<br>Attorney for Nicolas Perret |

STIPULATION AND [PROPOSED] ORDER
CR-12-0390 WHA

<del>[PROPOSED]</del> ORDER

The Court hereby vacates the March 19, 2013 change of plea hearing and sets a date for a status hearing on March 19, 2013, at 2:00 p.m.

IT IS SO ORDERED.

DATED: March 19, 2013.

_____
HONORABLE WILLIAM ALSUP
United States District Judge

STIPULATION AND <del>[PROPOSED]</del> ORDER
CR-12-0390 WHA